UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

SONJA BLAKE,

    Plaintiff,

Case No.: 23-CV-443

v.

FAY SERVICING, LLC,

    Defendant.

## CERTIFICATE OF INTEREST AND RULE 7.1 DISCLOSURE STATEMENT

The undersigned, as counsel of record for Defendant Fay Servicing, LLC, provides the following information in compliance with Federal Rule of Civil Procedure 7.1:

1. Full name of every party the attorney represents in this matter:

   **Fay Servicing, LLC**

2. Parent corporations, if any:

   a. Parent corporations, if any: **Fay Servicing, LLC is a wholly-owned subsidiary of Fay Financial, LLC.**

   b. List of corporate stockholders that are publicly held companies owning 10 percent or more of the stock of the party or amicus: **None.**

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for a party in this court:

   **Hinshaw & Culbertson LLP**

1060108\313075613.v1

Dated this 5th day of April, 2023.

                                                /s/ Corey J. Swinick
                                                Corey J. Swinick
                                                State Bar No. 1097530
                                                Attorneys for Defendant Fay Servicing, LLC
                                                **HINSHAW & CULBERTSON LLP**
                                                100 E. Wisconsin Avenue, Suite 2600
                                                Milwaukee, WI 53202
                                                Phone No.  414-276-6464
                                                cswinick@hinshawlaw.com